## VAN ANTWERP *against* R. & J. INGERSOLL.

If on a plea of set-off in the common pleas the sum for which judgment is rendered be under 25 dollars, the plaintiff must pay costs to the defendant. In actions in the common pleas, on demands not exceeding 200 dollars, to be certified on the record by the judge if the plaintiff recover under 25 dollars, he pays costs.

THIS was a question of costs by consent submitted to the court. The facts were, that in an action in the common pleas, on a bill penal for 60 dollars, to secure two instalments, the defendant pleaded *non est factum*, with notice of setting off a receipt, which was allowed as to one instalment, and left a balance under 25 dollars due to the plaintiff.

The point was, whether the plaintiff should pay costs to the defendant.

*Per Curiam.* The plaintiff must pay costs. 1 Rev. Laws, 530. This was a plea under the act authorizing set-offs. 1 Rev. Laws, 347. The statute is positive and peremptory that judgment must be for the balance only. The penalty, therefore, is immaterial on this point, for the judgment is the test by which the costs are to be determined.